UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD CAHILL,

    Plaintiff,

        v.

TOWN AND COUNTRY TOWING, HARRY HALTER and VILLAGE OF ALORTON, ILLINOIS,

    Defendant.

Case No. 12-cv-148-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the order to show cause entered April 28, 2012, by Magistrate Judge Philip M. Frazier (Doc. 11). In that order, Magistrate Judge Frazier noted that plaintiff Richard Cahill failed to submit a Joint Report and Proposed Scheduling and Discovery Order and failed to place a conference call as directed by the Court. Magistrate Judge Frazier ordered Cahill to show cause on or before May 4, 2012, why this case should not be dismissed for want of prosecution. He further warned Cahill that if he did not respond to the order to show cause, the Court would view his failure as an admission that Cahill is no longer interested in prosecuting this case and that dismissal is appropriate.

Cahill has not responded to the order to show cause. As the Court warned it would do, it construes this failure to respond as an admission that Cahill is no longer interested in prosecuting this case and that dismissal is appropriate. Accordingly, the Court **DISMISSES** this case **with prejudice** on the merits pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: May 15, 2012**

        s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**