UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD CAHILL,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN AND COUNTRY TOWING, HARRY HALTER and VILLAGE OF ALORTON, ILLINOIS,<br><br>    Defendant. | Case No. 12-cv-148-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: May 15, 2012**          NANCY J. ROSENSTENGEL, Clerk of Court

                              **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
            **J. PHIL GILBERT
            DISTRICT JUDGE**